## PHILIP LÉCUYER, SURVIVING PARTNER OF THE FIRM OF LÉCUYER & WATSON, *versus* JOSEPH ANDRÉ, DIT CLARK

JOURNAL ENTRIES (1820–21): *Journal 3:* (1) Motion for rule to join in error *p. 87; (2) motion for judgment *p. 217-g; (3) rule on referees for misconduct denied, judgment *p. 235.

PAPERS IN FILE: (1) Precipe for certiorari; (2) bond to prosecute certiorari; (3) writ of certiorari; (4) transcript of J. P. record; (5) affidavit of Joseph André, dit Clark; (6) taxed bill of costs; (7) precipe for execution fi. fa.; (8) writ of fi. fa. and return; (9) precipe for alias fi. fa.

*Office Docket,* MS p. 120, c. 22. Recorded in *Book A,* MS pp. 228–43.